UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

**BEFORE:**     **ARLENE R. LINDSAY**          **DATE: 3/23/2010**
                United States Magistrate Judge

                                                **TIME: 2:00 p.m.**


**DOCKET NO:**        CV 08-4611 (TCP)


**CASE:**             Leahey v. Nassau


___   **INITIAL CONFERENCE**
___   **STATUS CONFERENCE**                                **BY TELEPHONE**___
_X_   **SETTLEMENT CONFERENCE**
___   **FINAL CONFERENCE**


**APPEARANCES:**       **FOR PLAINTIFF:**         **FOR DEFENDANT:**

                       Anthony Bellofatto          Diane Petillo


**The following rulings were made:**

      Settlement discussions held.  Settlement was reached and placed on the record.  Parties shall submit settlement papers to the District Court by April 23, 2010.



                                    **SO ORDERED:**
                                    _____/s/_____